ABRAHAM GRUNDT, Respondent, *v.* MINNIE SHENK, as
Executrix of JOSEPH SHENK, Deceased, Appellant.

*Decedent's estate — contract — action on alleged contract to make will
and leave bequest to plaintiff.*

*Grundt* v. *Shenk*, 222 App. Div. 82, affirmed.

(Argued May 31, 1928; decided June 19, 1928.)

APPEAL from a judgment, entered December 19, 1927,
upon an order of the Appellate Division of the Supreme
Court in the second judicial department, reversing a
judgment in favor of defendant entered upon a verdict
directed by the court and directing judgment in favor
of plaintiff.  The action was to recover upon an alleged
contract whereby defendant's testator promised and
agreed that in consideration of the plaintiff remaining in
his employ and devoting himself to the advancement of
his interests and business affairs testator would make
and execute a will and therein bequeath to the plaintiff
the sum of fifty thousand dollars in cash.  There was
evidence that after making this promise testator handed
to his attorney a memorandum in his handwriting and
directed him to draw a will in accordance therewith and
that amongst other things the paper provided for a
bequest to plaintiff for the amount heretofore stated.

*Samuel Seabury, Francis G. Caffey* and *Joseph Lorenz*
for appellant.

*Abel E. Blackmar* and *Percival E. Jackson* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS and O'BRIEN, JJ.
Dissenting: CARDOZO, Ch. J., LEHMAN and KELLOGG, JJ.